**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**JULIO ALEXANDER ROJAS CUESTA #A232-255-061** | **CASE NO. 1:26-CV-02212 SEC P**

**VERSUS** | **JUDGE TERRY A. DOUGHTY**

**JENA/ LA SALLE DETENTION FACILITY ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 18], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Julio Alexander Rojas Cuesta's Petition for the Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 9th day of November, 2026.

Terry A. Doughty
United States District Judge